# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GENE A. FAHR,**

                         **Plaintiff,**

**-vs-**                                                        **Case No. 6:11-cv-1621-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

                         **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration, without oral argument, on the following motion:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 18)** |
| **FILED:** | **April 24, 2012** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED.** | |

On April 24, 2012, the Commissioner of Social Security (hereafter "Commissioner") filed an unopposed Motion for Entry of Judgment With Remand (hereafter "Motion") requesting that the decision of the Commissioner be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), "to an Administrative Law Judge (ALJ) who will properly weigh and state the weight given to Plaintiff's treating physicians. The ALJ will conduct any further proceedings deemed necessary on remand." Doc. No. 18 at 2. The Motion is unopposed. Doc. No. 18 at 1.

1

Based on the foregoing, it is **RECOMMENDED** that:

1. The Motion be **GRANTED**;

2. The final decision of the Commissioner be **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the above-stated reasons; and

3. The Clerk be directed to enter a separate judgment in favor of Plaintiff and to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal. **If the parties have no objection to this report and recommendation, they shall promptly notify the Court**.

**RECOMMENDED** in Orlando, Florida on April 24, 2012.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Presiding District Judge
Counsel of record
Unrepresented parties