# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GENE ALAN FAHR,**

                    **Plaintiff,**

**-vs-**                                                  **Case No.  6:11-cv-1621-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

                    **Defendant.**
_____

## ORDER

This case is before the Court on the Unopposed Motion for Entry of Judgment with Remand (Doc. No. 18) filed April 24, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the non-objections to the Report and Recommendation filed by the parties (Doc. Nos. 20, 21), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed April 24, 2012 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Unopposed Motion for Entry of Judgment with Remand (Doc. No. 18) is **GRANTED**.

3.      The final decision of the Commissioner of Social Security ("Commissioner") is

**REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C.

§ 405(g).

4.      The Clerk of the Court is directed to enter judgment in favor of Plaintiff and to

thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 30th day of April, 2012.


JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record