**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GENE ALAN FAHR,**

         **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-1621-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

         **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 26) filed May 17, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the non-objections to the Report and Recommendation filed by Plaintiff and Defendant (Doc. Nos. 28, 29), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 22, 2012 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 26) is **GRANTED** only to the extent that the Court awards Equal Access to Justice Act ("EAJA") attorney's fees to Plaintiff, as the prevailing party, in the sum of $3,972.54. The Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___1st___ day of June, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge